**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:16CR363** |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD THOMAS WALKER, II,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on defendant's motion to continue trial [19]. Counsel needs additional time to prepare for trial and explore plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, currently set for February 6, 2017 is continued to **March 6, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 6, 2017** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 24, 2017.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett
United States Magistrate Judge**